■ JOSEPH M. BELMONT, Individually and as Parent and Natural Guardian of JILL BELMONT, an Infant, Appellant, v MARY ROBERTS et al., Defendants, and HERKIMER COUNTY, Respondent. (Appeal No. 1.) [616 NYS2d 316] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Tenney, J. (Appeal from Order of Supreme Court, Herkimer County, Tenney, J.—Summary Judgment.) Present—Green, J. P., Balio, Lawton, Wesley and Boehm, JJ.

■ JOSEPH M. BELMONT, Individually and as Parent and Natural Guardian of JILL BELMONT, an Infant, Appellant, v MARY ROBERTS et al., Defendants, and DARWIN PUTNAM et al., Respondents. (Appeal No. 2.) [616 NYS2d 316] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Tenney, J. (Appeal from Order of Supreme Court, Herkimer County, Tenney, J.—Summary Judgment.) Present—Green, J. P., Balio, Lawton, Wesley and Boehm, JJ.